Morse Ives, H. H. Patterson and Charles C. Bodenstab, for appellant; H. H. Patterson, of counsel. Edward W. Rawlins, for appellee; H. T. Dick and Craig A. Hood, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

Minnie E. Walters, administratrix of the estate of Alfred F. Walters, deceased, appellee, v. Chicago & Eastern Illinois Railway and Baltimore & Ohio Chicago Terminal Railroad Company, appellants. Gen. No. 30,962.

Action for wrongful death. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed November 29, 1926. Rehearing denied December 13, 1926.

Edward W. Rawlins, for appellants; H. T. Dick, of counsel. James C. McShane, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

London Guarantee & Accident Company, Ltd., appellant, v. J. Weiner, trading as Liberty Cleaning Company, appellee. Gen. No. 30,964.

Action to recover workmen's compensation insurance premiums. Judgment for plaintiff on part of claim. Plaintiff appeals for full amount. Appeal from the Municipal Court of Chicago; the Hon. John Bedinger, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed November 29, 1926.

Vose & Page, for appellant; John D. Clancy, of counsel. Nathan L. Quadow, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Harry M. Englestein and Louis Englestein, trading as Harry M. and Louis Englestein, appellees, v. Royal Furniture and Carpet Company, appellant. Gen. No. 30,994.

Action for brokers' commissions. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Reversed with finding of facts and judgment here for $3,250. Opinion filed November 29, 1926.

Mayer, Meyer, Austrian & Platt, for appellant. Samuels, Lawton & Wittelle, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

---

Illinois Glass Company, appellee, v. Hump Hair Pin Manufacturing Company, appellant. Gen. No. 31,018.

Action for breach of sales contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed November 29, 1926.